STATE BANK OF CRAWFORD, APPELLEE, V. JOHN OWENS, APPELLANT, ET AL.

FILED JUNE 19, 1895.   No. 5680.

Review: SUFFICIENCY OF EVIDENCE.  This appeal presents no question of law.  The evidence examined, and *held* to support the finding of the district court, and its decree affirmed.

APPEAL from the district court of Dawes county. Heard below before BARTOW, J.

*Spargur & Fisher*, for appellant.

*Albert W. Crites* and *D. E. Jenckes*, contra.

RAGAN, C.

This is an appeal from a decree of the district court of Dawes county rendered in an ordinary action of real estate mortgage foreclosure.  The appeal presents no question of law whatever.  We have examined the record, and ascer-

tained that the finding of the district court is supported by sufficient evidence.    Its decree is, therefore,

AFFIRMED.